## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS KRAEMER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **AMY (DERAYMOND) FONTNO, et al.** | : | **NO.  15-1521** |

## <u>ORDER</u>

AND NOW, this 10th day of June, 2015, upon consideration of plaintiff's amended complaint, it is ORDERED that:

1.      The amended complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), for the reasons discussed in the Court's memorandum.

2.      Plaintiff's outstanding motion for a temporary restraining order is DENIED.

3.      The Court certifies that any appeal from this order would not be taken in good faith.  *See* Fed. R. App. P. 24(a)(3).

4.      The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**